**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Maria Ruiz,

                Plaintiff,

     -against-

Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

18 **CIVIL** 9659 (SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated February 13, 2020, Ruiz's motion for judgment on the pleadings is granted in part and denied in part, the Commissioner's cross-motion is denied, and the case is remanded to the ALJ pursuant to Sentence four of 42 U.S.C. § 4505(g) for further proceedings consistent with this Court's Opinion.

**Dated:** New York, New York
       Feb 13, 2020

                                         **RUBY J. KRAJICK**
                                          **Clerk of Court**
BY:

                                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/13/2020