UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maria Ruiz,

                             Plaintiff,

-against-

Commissioner of Social Security,

                             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020

1:18-cv-09659 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       No later than June 10, 2020, Plaintiff shall file a Memorandum of Law in support of her motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* ECF No. 28.) Defendant shall file a response no later than June 24, 2020.

**SO ORDERED.**

DATED:       New York, New York
                 May 27, 2020

_____
STEWART D. AARON
United States Magistrate Judge